UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS JAMES PLEDGURE,

    Plaintiff,

  v.

STATE OF CALIFORNIA,

    Defendant.

Case No. 24-cv-08688-JSW

**ORDER OF DISMISSAL**

    On December 3, 2024, Plaintiff, a California prisoner proceeding pro se, filed a civil rights action under 28 U.S.C. § 1983. That same day, the Clerk notified Plaintiff that he to either pay the filing fee or file an application to proceed in forma pauperis ("IFP"), all within 28 days. The Clerk also mailed to Plaintiff an IFP application, instructions, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not file either pay the filing fee or file a completed IFP application before the deadline. The deadline has passed, and no response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

    The Clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: January 14, 2025

JEFFREY S. WHITE
United States District Judge